# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144375

KEVIN T. BLASER, TAMARA A. BLASER,
LAURIE SIMMONS JEWELL, ARTHUR R.
LENAGHAN, ANDREW LENAGHAN, KAREN
LENAGHAN, DONALD WILLIAMS,
BARBARA WILLIAMS, and JOHN MUSCARI
and MILDRED B. MUSCARI, Trustees of the
JOHN MUSCARI and MILDRED B. MUSCARI
REVOCABLE TRUST, dated March 8, 2002,
      Plaintiffs,

v

DALE M. DEVRIES and PERNELLA M.
FOWLER,
      Defendants/Third Party
      Plaintiffs-Appellants,

and

RICHARD G. BRISTOL and SANDRA L.
BRISTOL,
      Third Party Defendants,

and

FIRST AMERICAN TITLE INSURANCE
COMPANY,
      Third Party Defendant-Appellee.

_____/

SC: 144375
COA: 297555
Kalkaska CC: 08-009831-CH

On order of the Court, the application for leave to appeal the November 29, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

_____
Clerk

s0917